IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:16-CR-49-1BO(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER FOR ORDER |
| v. | ) | OF ABATEMENT |
| | ) | |
| SHAWN BRIGHT | ) | |

Upon motion of the Government, and for good cause shown, it is HEREBY ORDERED that the pending case against the defendant Shawn Bright is abated and the show cause hearing set for December 30, 2016 is cancelled.

So ORDERED, this 27 day of December, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1